UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/22/2022
```

JOHN MURPHY,

                  Plaintiff,

-against-

TRIPLE-S MANAGEMENT CORPORATION, ROBERTO GARCIA-ODRIGUEZ, LUIS A. CLAVELL-RODRIGUEZ, CARI M. DOMINGUEZ, STEPHEN L. ONDRA, GAIL B. MARCUS, ROBERTA HERMAN, DAVID H. CHAFEY, JR., MANUEL FIGUEROA-COLLAZO, and ROBERTO SANTA MARIA,

                  Defendants.

1:21-cv-10259

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      On March 7, 2022, the Court entered an Order directing Plaintiff to serve the summons and Complaint on Defendants on or before March 21, 2022, or to show cause why service has not been made. [ECF No. 3]. The Court warned that failure to comply with the Court's Order would result in dismissal of the action for failure to prosecute. To date, Plaintiff has not filed proof of service, shown cause why service has not been made, or taken any other action to prosecute the case.

      Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by April 22, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date:   **March 22, 2022**                               _____
        **New York, NY**                                **MARY KAY VYSKOCIL**
                                                      **United States District Judge**